# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re:

|  |  |  |
|---|---|---|
|  | : | Case No. 19-50065 |
| Kelly M. Teeters | : |  |
|  | : | Chapter 13 |
| Debtor | : |  |
|  | : | Judge Hopkins |

## NOTICE OF CONVERSION
### From a Chapter 13 to a Case Under Chapter 7

Now come(s) the Debtor(s), Kelly M. Teeters, by and through Counsel, who give notice that this case which was originally filed under Chapter 13 is now converted to a case under Chapter 7 of the Bankruptcy Code.

## MEMORANDUM IN SUPPORT

Pursuant to 11 USC 1307(a), a case may be converted, as a matter of right, at any time. Pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, the filing date of this notice with the Clerk of the Bankruptcy Court is deemed to be the date of the conversion.

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co. LPA**
7509 East Main Street #208
Reynoldsburg, Ohio 43068
614-529-8600 Phone
614-529-8656 Fax
jenobile@ntlegal.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2021, a true copy of the foregoing Notice of Conversion was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Chapter 13 Trustee Faye D. English

The Office of the U.S. Trustee

and on the following by **ordinary U.S. Mail, postage pre-paid,** addressed to:

Kelly Teeters
189 Patterson Street
Pickerington, OH 43147

/s/ James E. Nobile_____
James E. Nobile (0059705)
**Nobile & Thompson Co. LPA**
7509 East Main Street #208
Reynoldsburg, Ohio 43068
614-529-8600 Phone
614-529-8656 Fax
jenobile@ntlegal.com